UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY REILLY,<br><br>        Petitioner,<br><br>    v.<br><br>PAUL THOMPSON,<br><br>        Respondent. | Case No. 2:21-cv-00377-TLN-JDP (HC)<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH LOCAL RULES<br><br>ECF No. 8<br><br>RESPONSE DUE WITHIN TWENTY-ONE DAYS |

On May 11, 2021, respondent filed a motion to dismiss this case. ECF No. 8. To date, petitioner has not filed a response.

In cases where a party is incarcerated and proceeding without counsel, a responding party is required to file an opposition or statement of non-opposition not more twenty-one days after the date the motion is served. E.D. Cal. L.R. 230(l). Failure "to file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions." *Id*.

To manage its docket effectively, the court imposes deadlines and requires litigants to meet them. The court may dismiss a case based on plaintiff's failure to prosecute or to comply with its orders or with the local rules. *See* Fed. R. Civ. P. 41(b); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th

1

Cir. 1988). Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice expeditiously. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

I will give petitioner a chance to explain why the court should not dismiss the case based on his failure to timely file either an opposition or a statement of non-opposition. Petitioner's failure to respond to this order will constitute a failure to comply with a court order and will result in a recommendation that this action be dismissed. Accordingly, petitioner is ordered to show cause within twenty-one days why this case should not be dismissed for failure to prosecute and to comply with the local rules. Should petitioner wish to continue with this lawsuit, he shall, within twenty-one days, file an opposition or statement of non-opposition to respondent's motion.

IT IS SO ORDERED.

Dated: June 21, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE